UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOHN DAVID GAY § | |
| § | |
| vs. § | NO: MO:23-CV-00055-DC |
| § | |
| MIKE GRIFFIS, ROBIN MCCULLOUGH, § | |
| LORI HODGKINS § | |

## **FINAL JUDGMENT**

On this day the Court entered an Order dismissing Plaintiff's case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

Additionally, Plaintiff's 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust, and his state law claims are also **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED.**

SIGNED this 27th day of September, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE